Dashawn Combs wilson #AI9045
Name and Prisoner Booking Number
KerN Valley STaTe PRiSoN
Place of Confinement
P.O.BoX 3103
Mailing Address
Delano, CA 93216
City, State, Zip Code

**FILED**

APR 2 6 2024

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

(Failure to notify the Court of your change of address may result in dismissal of this action.)

## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF CALIFORNIA

Dashawn ComBs wilsoN )
(Full Name of Plaintiff)   Plaintiff, )
)
v. )
)
(1) MR. Molina. C )
(Full Name of Defendant) )
(2) MR. Banania. J )
(3) MR. MadRigal. B )
(4) MR. Rodriguez. C )
Defendant(s). )
☐ Check if there are additional Defendants and attach page 1-A listing them. )

CASE NO. 1:24cv00499 BAM(PC)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

**RECEIVED**

APR 26 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

### A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: CoR CoRan STaTe PRiSoN CSATi F.

Revised 3/15/2016                              1

## B. DEFENDANTS

1. Name of first Defendant: _Mr. Molina. C_ . The first Defendant is employed as:
   _CoRRecTional OFFiCeR_ at _CoRCORAN STaTe PRiSon CSAT F._
   (Position and Title)                                    (Institution)

2. Name of second Defendant: _Mr. Banania.J_ . The second Defendant is employed as:
   _CoRRecTional OFFiCeR_ at _CoRCORAN STATE PRiSON CSATF_
   (Position and Title)                                    (Institution)

3. Name of third Defendant: _Mr. MadRigal. B_ . The third Defendant is employed as:
   _CoRRecTional OFFiceR_ at _CoRCORAN STATE PRiSon CSATF._
   (Position and Title)                                    (Institution)

4. Name of fourth Defendant: _Mr. RodRiguez. C_ . The fourth Defendant is employed as:
   _CoRRecTional OFFiceR_ at _CoRCORAN STATE PRiSon CSAT F._
   (Position and Title)                                    (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?  ☑ Yes    ☐ No

2. If yes, how many lawsuits have you filed? _3_ . Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _ComBS_ v. _menTal Health._
      2. Court and case number: _DonT RememBeR._
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _I DRoped my Case._

   b. Second prior lawsuit:
      1. Parties: _ComBS_ v. _KeRN Valley STaTe PRiSon_
      2. Court and case number: _DonT RememBeR_
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _I LoST my case._

   c. Third prior lawsuit:
      1. Parties: _DaShawn ComBs wilSon_ v. _J. QuinTana, et al._
      2. Court and case number: _1:24-CV-00270GSA(PC)_
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _ITs STill pending._

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

⑤. Name of Fifth Defendant: MR. Carrillo. A,
The Fifth Defendant is Employed as:
Correctional Officer, At Corcoran State
Prison CSAT F.

⑥. Name of Sixth Defendant: Mr. Anguiano. J,
is Employed AS: Correctional OFFicer,
AT Corcoran State Prison CSAT F.

⑦. Name of Seventh Defendant:
MR. TORRES. D, is Employed AS: Correctional
OFFicer, AT Corcoran STATE Prison
CSAT F.

⑧. Name of Eighth Defendant: MR. Ceballos. Tapia,
is Employed As: Correctional OFFicer,
AT Corcoran STATE Prison CSAT F.

⑨. Name of Ninth Defendant: MS. DR.
Grimming, is Employed AS: A Psychologist.
AT Corcoran STATE Prison CSAT F.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: *My 8th Amendant, Fifth Amendment and Fourteenth Amendment.*

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☑ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☐ Other: _____
   - ☐ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. *Please See "InCident RePort" Pages 1-2. And See Mental Health Incident RePort Pages 1-2. And Please See Mental Health InCident RePort Pages 1-2.*

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). *I was HuRT PHysically, Mentally & SpiRitually By they're excessive FoRce and ASSAults.*

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

"INCIDENT REPORT"

1. ON 9.12.23, I Had Smoked Something and went out, And when I woke up! It was many officers with medical STAFFs Around me, So I Tried too move Around my vomite Real Slowly; So that It may not Get upon me.

2. OUT OF Nowhere, A officer Had Pulled me threw my Vomite Intentionally! So I Got upset and Told Him I Didn't want His Help as Im Getting up off the Ground And Sitting on my Bunk.

3. They Acted like I needed they're Help and then Placed me inside cuff! I didn't want medical Treatment So I Refused, And the unknown officer Told me that He will Take me out of the Hand Cuffs out side of my cell.

4. I Stood up and Refused and these unknown officers Rushed me inside waist Chains & Hand Cuffs and ASSAulted me! when I wasn't Any Threat and Barely Getting my full Awareness & Strenths Back.

5. These Officers Later Identified themSelves on this RVR 115 RepoRT as, MR. Banania.J, MR. Madrigal.B, MR. Anguiano.J, MR. Molina.C, MR.Carrillo.A.F, MR.Rodriguez.C, And CORRECTIONAL OffiCER MR.D.TORRES.

page 1-2

⑥. ON they're (RVR RePoRsTs and IncidenT RePORT Package)!
EACH CORRECTional OFFicer made up False STaTements
and RePoRTs to Cover up a "unwise Decision" of
(unnecessary Force & Excessive Force) By they're
"Cruel & unusual punishmenT."

⑦ These CorrecTional officers Has Beat me up Bodly and
Did It wHile I was inside Cuffs and waist CHains!
THey Had me SCREAMMing For Reliefs By they're
Punches and CHoked me wHile they Relialicted on
me.

⑧ By them doing this they Truly Violated my 5th,
8th And 14th Aprendments! And If all my money
Damages and puniTive Damages are NOT meT, Im
RequesTing FoR these CourTs to Seek CRiminal
CHarges on these DefendanTs on my Civil Case.

Everything Here is 100% Facts and is the Truth or Im
Seeking FOR Self CRiminal CHarges! By Anything of
my Claims thats NOT meT.

Sincerely Dathanial Comy          DaTe: 12·12·23

page 2-2

# "Mental Health Incident Report"

1. ON 9.12.23, I was ASSAULTED By a Few Correctional Officers! Then was Sent too A 24 Hour "Suicide WATCH" For O.Ding, I did my over Night Successfully without Any Situations.

2. The Person who Told me I was Going too Be Released into Regular "STRH-units" Called "MS. Grimming" A "DR. Psychologist" to Release me! She made a Poor Decision By sending me Too a "mental Health Crisis Bed".

3. When I went to the "Crisis Bed" on (9.13.23) at 10:14 Am I Suffered Severely As I was Receiving the Proper medical Care For my Injuries By them Correctional Officers Assaults.

4. Ms. Grimming, Knew I wasn't in Any Kind OF Crisis and I Told Her Personally! Plus my medical History in Prison Shows I mean No Harm too myself OR Others.

5. I Suffered Severely Mentally while I was in the "Crisis Bed" By Not Having my Tv, Radio, canteen and Being able too Properly Groom How I'll Prefer.

page 1-2

"Mental Health Incident Report"

6. Ms. Grimmlin "Decisons Has Violated my 5th, 8th and 14th Amendments. Cause I wasn't in any type of crisis, OR Going through any kind of Mental Health Illnesses.

7. And for that I'll like 100% Full money Damages, punitive Damages, on this Compensations! Because All she did was Add for the Severe pains I was Going through and thats Adding Severe Mental Stress and the Subtractions of my Daily Program, Food, Groomings with ECT Needs.

Sincerely, Lashaun Connely      Date: 12·12·23

page 2·2

# "STAFFS WHO UTILIZED FORCE"

1. MR. Molina. C, WHOes A Correctional Officer.

2. MR. Banania, J, WHoes A Correctional Officer.

3. MR. Madrigal. B, WHoes A Correctional Officer.

4. MR. Rodriguez. C, WHoes A Correctional Officer.

5. MR. Carrillo. A, WHoes A Correctional Officer.

6. MR. Anguiano. J. WHoes A Correctional Officer.

7. MR. D. Torres. WHoes A Correctional Officer.

8. MR. CeBallos. Tapia. WHoes A Correctional Officer.

_____ "MenTal Health PERSON INVolVeD"—

1. MS. DR. Grimming, A Psychologist.

page 1-1

## CLAIM II

1.  State the constitutional or other federal civil right that was violated: _____
    _____.

2.  **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
    - ☐ Basic necessities      ☐ Mail      ☐ Access to the court      ☐ Medical care
    - ☐ Disciplinary proceedings      ☐ Property      ☐ Exercise of religion      ☐ Retaliation
    - ☐ Excessive force by an officer      ☐ Threat to safety ☐ Other: _____.

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____.

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

    _____
    _____
    _____.

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?      ☐ Yes ☐ No
    b.  Did you submit a request for administrative relief on Claim II?      ☐ Yes ☐ No
    c.  Did you appeal your request for relief on Claim II to the highest level?      ☐ Yes ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
    _____.

4

## CLAIM III

1.   State the constitutional or other federal civil right that was violated: _____
_____.

2.   **Claim III.** Identify the issue involved.  Check **only one**.  State additional issues in separate claims.
   ☐ Basic necessities        ☐ Mail            ☐ Access to the court      ☐ Medical care
   ☐ Disciplinary proceedings  ☐ Property        ☐ Exercise of religion     ☐ Retaliation
   ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____.

3.   **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4.   **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____.

5.   **Administrative Remedies.**
   a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your
        institution?                                                                          ☐ Yes  ☐ No
   b.   Did you submit a request for administrative relief on Claim III?                       ☐ Yes  ☐ No
   c.   Did you appeal your request for relief on Claim III to the highest level?              ☐ Yes  ☐ No
   d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you
        did not. _____
        _____.

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

## E. REQUEST FOR RELIEF

State the relief you are seeking: I want too Be Compensated in money Damages and Punitive Damages OF 3.500.000₩.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **4·8·24**

<u>DATE</u>

<u>SIGNATURE OF PLAINTIFF</u>

**N/A**

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

**N/A**

(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

## PROOF OF SERVICE BY MAIL

### BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, _DaShawn Combs wilson_ , declare:

I am over 18 years of age and a party to this action.  I am a resident of _Kern Valley_
_State Prison._ Prison,

in the county of _Delano_ ,

State of California.  My prison address is: _P.O. Box 5103_ ,

_Delano, CA 93216._ .

On _April, 7. 2024_
(DATE)

I served the attached: _Civil Rights Complaint By_
_A Prisoner ORiginal Complaint 1983 Tort._
(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage

thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional

institution in which I am presently confined.  The envelope was addressed as follows:

_Clerk of The U.S. District Court For the_
_Eastern District of California 2500. Tulare_
_Street Fresno, CA 93721_

I declare under penalty of perjury under the laws of the United States of America that the foregoing

is true and correct.

Executed on _4-7-24_ - _DaShawn Combs wilson._
(DATE) (DECLARANT'S SIGNATURE)