1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DASHAWN COMBS WILSON, | Case No. 1:24-cv-00499-BAM (PC) |
| Plaintiff, | ORDER CONSTRUING PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS AS MOTION TO CHECK CASE STATUS (ECF No. 8) |
| v. | |
| MOLINA, *et al.*, | ORDER GRANTING MOTION FOR CASE STATUS (ECF No. 8) |
| Defendants. | |

Plaintiff Dashawn Combs Wilson ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  The complaint has not yet been screened.

Currently before the Court is Plaintiff's Motion to Check Court Case # Status, filed August 26, 2024 as a notice of change of address.  (ECF No. 8.)  Plaintiff requests an update on all of his pending section 1983 cases, including the instant action.  (*Id.*)  The Court construes the filing as a motion for case status.  The motion is deemed submitted.  Local Rule 230(l).

Plaintiff is advised that the Court does not routinely provide updates regarding the status of cases, but will make a one-time exception.  Plaintiff is informed that in the instant action, Case No. 1:24-cv-00499, the complaint is pending screening before the Court.  Plaintiff is reminded that the Court screens complaints in the order in which they are filed and strives to avoid delays whenever possible.  However, there are hundreds of prisoner civil rights cases presently pending

1

1  before the Court, and delays are inevitable.  Due to the heavy caseload, Plaintiff's complaint is

2  still awaiting screening.  The Court is aware of the pendency of this case and will screen

3  Plaintiff's complaint in due course.  At this time, Plaintiff does not need to take any action, unless

4  his mailing address changes again.

5        If Plaintiff wishes to inquire about the status of any other pending cases, he should submit

6  a request or motion in that specific case, using the correct case number.

7        Accordingly, IT IS HEREBY ORDERED as follows:

8     1.  Plaintiff's notice of change of address, (ECF No. 8), is construed as a motion for case

9        status; and

10    2.  Plaintiff's motion for case status, (ECF No. 8), is GRANTED as discussed above.

11

12  IT IS SO ORDERED.

13     Dated:   **August 28, 2024**              /s/ *Barbara A. McAuliffe*          _

14                                          UNITED STATES MAGISTRATE JUDGE