# UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DASHAWN COMBS WILSON,<br><br>  Plaintiff,<br><br>  v.<br><br>MOLINA, *et al.*<br><br>  Defendants. | No. 1:24-cv-00499-KES-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION FOR FAILURE TO STATE A CLAIM<br><br>(Doc. 14) |

Plaintiff Dashawn Combs Wilson is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 8, 2024, the assigned magistrate judge screened the first amended complaint and issued findings and recommendations that this action be dismissed for failure to state a cognizable claim upon which relief may be granted. Doc. 14. Plaintiff was directed to file objections within fourteen (14) days. *Id.* at 9. Plaintiff filed objections on December 23, 2024. Doc. 15.

Plaintiff's objections do not provide a basis for overturning the findings and recommendations. In the objections, plaintiff states that he was transferred to a different prison and is without his legal property but also expresses that he does have all the reports of the incident that he needs. *Id.* at 2–3, 5. Although plaintiff contends that his first amended complaint

1

1  provides enough support to allow his claims to proceed, the objections point to the same
2  conclusory allegations that the magistrate judge appropriately found insufficient to state
3  cognizable claims.  *Compare* Doc.15 *with* Doc. 12.  Plaintiff's objections provide no other
4  allegations that would cure the deficiencies identified by the findings and recommendations.  *See*
5  *generally*, Doc. 15.
6      In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de
7  novo review of this case.  Having carefully reviewed the file, including plaintiff's objections, the
8  Court finds the findings and recommendations to be supported by the record and by proper
9  analysis.
10     Accordingly:
11     1.    The findings and recommendations issued on November 8, 2024, Doc. 14, are
12         adopted in full;
13     2.    This action is dismissed for failure to state a cognizable claim upon which relief
14         may be granted; and
15     3.    The Clerk of the Court is directed to close this case.

18 IT IS SO ORDERED.

19     Dated:   July 30, 2025                                             

                                                         UNITED STATES DISTRICT JUDGE