UNITED STATES COURT OF APPEALS

**FILED**

FOR THE NINTH CIRCUIT

FEB 17 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DASHAWN COMBS WILSON, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> C. MOLINA, Correctional Officer; et al., <br><br> Defendants - Appellees. | No. 25-5207 <br><br> D.C. No. 1:24-cv-00499-KES-BAM <br> Eastern District of California, Fresno <br><br> ORDER |

Appellant did not file the opening brief by the due date. This appeal is therefore dismissed. *See* 9th Cir. R. 42-1.

This order becomes the mandate of the court in 21 days.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT